

```
                                    USDS SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #: _____
                                    DATE FILED: MAY 2 0 2008
```

|  | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DIANA M. MURRAY<br>Phone: (212) 788-1278<br>Fax: (212) 791-9714<br>DMURRAY@LAW.NYC.GOV |

May 19, 2008

**BY ECF**

The Hon. Paul Crotty
U. S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: Brahm Prasad v. City of New York, et al, 08 CV 3818 (PC)

Dear Judge Crotty:

   I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for defendant the City of New York (the "City") in the above-referenced action brought by plaintiffs Brahm Prasad and Mumbai, Inc. pursuant to 42 U.S.C. §§ 1981, 1983 and 1985. I write, with the consent of opposing counsel, to request that the time to respond to the complaint herein, which was served on the City on April 30, 2008, be extended to July 7, 2008.

   The additional time is needed to investigate the claims and allegations herein in a manner consistent with my obligation under Rule 11. As alleged in the complaint, plaintiffs are seeking recovery from the City based on alleged actions by both the New York City Police Department and the New York City Department of Consumer Affairs. The alleged actions also span a three period beginning in 2003.

**MEMO ENDORSED**

SO ORDERED MAY 20 2008

*/s/ Paul A. Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Thank you for your consideration of this request.

Respectfully submitted,

Diana M. Murray (DM 5435)

cc:   Ambrose Wotorson, Esq.
      26 Court Street, Suite 1811
      Brooklyn, New York 11242 (by ECF)