UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRAHM PRASAD, individually and MUMBAI, INC.,

                                  Plaintiffs,

                -against-

CITY OF NEW YORK, and JOHN DOES I through ,
*individually*, MICHAEL WEINBERGER, individually,

                         Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 CV 3818 (PAC)

        **PLEASE TAKE NOTICE** that **Bradford C. Patrick**, Assistant Corporation Counsel, should be added as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York, effective immediately.

Dated:  New York, New York
       July 18, 2008

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel
                                  of the City of New York
                                  Attorney for Defendant City of New York
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 788-1575

                                  By:     _____/s/_____
                                          Bradford C. Patrick
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

CC:     <u>BY ECF</u>
        Ambrose W. Wotorson, Esq.
        Attorney for Plaintiffs
        26 Court St., Suite 1811
        Brooklyn, NY 11242

        <u>BY ECF and BY FAX at (212) 736-2604</u>
        Michael Weinberger, Esq.
        236 W. 26th St., Suite 303
        New York, NY 10001