USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 4 2008

MICHAEL WEINBERGER, Esq.
236 WEST TWENTY SIXTH STREET
SUITE 303  NEW YORK, NEW YORK  10001
Tel. (212) 736-2624    Fax (212) 736-2604

**MEMO ENDORSED**

By Fax

August 2, 2008

Honorable Judge Paul A. Crotty
United States District Court
Southern District of New York

Re: Prasad v. City of NY
08 Cv 3818

Dear Honorable Judge Crotty:

I am the private defendant in the above captioned civil rights case brought by the plaintiff nightclub. In this letter I seek permission to file my motion to dismiss in response to plaintiffs' existing complaint.

Despite being given permission at our last conference to serve an Amended Complaint on Friday, August 1st, I received no such document that day or today, August 2nd.

I also wish to inform The Court that Your Honor is now the 18th judge or commissioner to work on this case.

Late yesterday I received the last documentation on the 10 administrative trials already held on the improper activities of this nightclub. They were held by the NYS Liquor Authority, the NYC Environmental Control Board and the NYC Department of Consumer Affairs. The 10 trials were held by 5 administrative law judges whose findings against the nightclub were affirmed by 4 directors or commissioners. In addition, the nightclub's case has been worked on by 3 New York County Supreme Court Judges and 5 Appellate Division Judges, making Your Honor the 18th Judge or commissioner to review the improper conduct of the nightclub.

If The Court wishes, I can now bring copies of all the prior decisions to another conference, if that pleases Your Honor. I only offer this out of respect for Your Honor's valuable time, as the decisions by the 17 prior judges-commissioners should make it possible to conclude this matter quickly.

In any event, I believe I need Your Honor's permission to file my motion in response to the existing complaint, which I hereby request, as no amended complaint has been served.

With Respect,

Michael Weinberger (9923)

cc: all counsel

[Handwritten memo endorsement:] It is a waste of time to respond in motion to a Complaint, after it has been amended. The defendant is directed to respond to the amended Complaint — or not at all of the so ordered.
Paul Crotty USDJ
Further ordered the defendant is directed to cease adding extraneous, unnecessary and irrelevant material.

**MEMO ENDORSED**