LAW OFFICES OF
# AMBROSE WOTORSON
A PROFESSIONAL CORPORATION
SUITE 1811
26 COURT STREET
BROOKLYN, N.Y. 11242
TELEPHONE: 718 797-4861
FACSIMILE: 718 797-4863

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 04 2008

August 1, 2008

VIA EMAIL: CrottyNYSDChambers@nysd.uscourts.gov
Honorable Judge Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: *Brahm Prasad et al. vs. City of New York, et al.*
                08-3818-Cv

Dear Honorable Judge Crotty:

    We write to request leave to file the Amended Complaint in the above-styled matter on Monday, August 4, 2008, instead of today, August 1, 2008. This is plaintiff's first request for such an extension of time.
    Accordingly, we have attempted to contact Michael Weinberger, Diana Murray, ACC, and Bradford Patrick, ACC to inform them of this request. However, as of this writing, we have not received a response from any of the parties regarding the same.

Respectfully,
/s/
Ambrose W. Wotorson, Jr.(AWW-2412)

cc:    Diana Marsh Murray, ACC
        Michael Weinberger, Esq.

**MEMO ENDORSED**

SO ORDERED: AUG 04 2008

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE